RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 010089
jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:     (702) 839-1100
Facsimile:      (702) 839-1113
***Attorneys for Defendant, State Farm Mutual Automobile Insurance Company***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY GARCIA,<br><br>                            Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>                            Defendants. | Case No:  2:18-cv-01029-GMN-PAL<br><br>**JOINT STATUS REPORT IN REMOVAL ACTION** |

Pursuant to the Court's directive, the parties hereto respectfully submit the following as their Status Report in this matter.

**STATUS OF PROCEEDINGS:**

Plaintiff filed her original Complaint in this action on May 7, 2018 in the Eighth Judicial District Court of the State of Nevada, entitled  "ANTHONY GARCIA vs. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive and ROE CORPORATIONS I through X, inclusive" - Case No. A-18-774118-C.

Defendant, State Farm Mutual Automobile Insurance Company, was served with copies of the Summons and Amended Complaint on or about May 11, 2018.

On June 7, 2018, Defendant State Farm Mutual Automobile Insurance Company filed a

Petition for Removal, transferring Case No. A-18-774118-C to the United States District Court, for the District of Nevada, as Case No. 2:18-cv-01029-GMN-PAL.

On June 7, 2018 Defendant filed its Certificate of Interested Parties.

On June 21, 2018, Defendant filed its Statement in Removal Action.

On June 27, 2018, Defendant filed its Answer to Plaintiff's Complaint.

The parties have scheduled a 26(f) Conference to discuss the Joint Discovery Plan and Scheduling Order for July 20, 2018, and do not anticipate any delay in filing the Plan.

The Proposed Joint Discovery Plan and Scheduling Order is due to be filed with the Court on or before August 11, 2018.

There are no pending motions.

| | |
|---|---|
| DATED : July 3, 2018 | DATED: July 3, 2018 |
| **THE702FIRM** | **DENNETT WINSPEAR, LLP** |
| By  /s/Mark A. Rouse  <br>MARK A. ROUSE, ESQ. <br>Nevada Bar No. 012273 <br>400 South 7th Street, #400 <br>Las Vegas, Nevada  89101 <br>Telephone:  (702) 776-3333 <br>Facsimile:   (702) 505-9787 <br>***Attorneys for Plaintiff,*** <br>***Anthony Garcia*** | By  /s/Jennifer Insley Micheri  <br>RYAN L. DENNETT, ESQ. <br>Nevada Bar No. 005617 <br>JENNIFER INSLEY MICHERI, ESQ. <br>Nevada Bar No. 010089 <br>3301 N. Buffalo Drive, Suite 195 <br>Las Vegas, Nevada  89129 <br>Telephone:   (702) 839-1100 <br>Facsimile:    (702) 839-1113 <br>***Attorneys for Defendant, State Farm Mutual*** <br>***Automobile Insurance Company*** |